FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>          Plaintiff,<br><br>  v.<br><br>REBECCA GISLER, Law Enforcement Notification (LEN) Supervisor; CHAD ROBERTSON, DOC Corrections Counselor; AMY PHENIX, Psychologist Ph.D.; CLAIRE NGUYEN, Assistant Attorney General; JENNIFER WILLIAMS, Correctional Supervisor (CCU) – DOC; and KENDRA SCOTT, DOC Mental Health Specialist,<br><br>          Defendants. | NO: 4:21-CV-5061-RMP<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO LIFT STAY |

On August 31, 2022, Plaintiff Darrick L. Hunter, who is proceeding *pro se*, filed a response to the Status Report submitted by Defendants Rebecca Gisler, Chad Robertson, Claire Nguyen, Jennifer Williams, and Kendra Scott ("Defendants"), and

ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO LIFT STAY ~ 1

a construed motion to lift stay.  *See* ECF No. 51.  Having reviewed the construed motion, the Court enters the following briefing schedule.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' response to Plaintiff's construed motion to lift stay shall be filed by **September 14, 2022**.

2. Plaintiff's reply, if any, shall be filed within **21 days** after the response is mailed as noted on the certificate of mailing.

3. The hearing on Plaintiff's construed motion to lift stay, ECF No. 51, is **RESET** for **October 12, 2022**, without oral argument.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel and to Plaintiff.

**DATED** September 1, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO LIFT STAY ~ 2